IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-242-JLK**

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.

**1. MOUSSA BITAR,**

   Defendant.

**ORDER**

Kane, J.

  On February 11, 2008, this court received a letter (doc. #38), dated February 7, 2008, from Defendant Moussa Bitar *pro se* asking the court's assistance in addressing his concerns regarding credit for time served. At the court's request, the government filed a response to that letter. I note that a copy of their response was mailed to the defendant. The statement on page 4 of that response indicating that the Bureau of Prisons and not this court determines whether and how much credit defendant should receive for time spent in custody is correct. Your request for the court to take action, is therefore denied. The court appreciates the assistance of the government and defense counsel in this matter.

  Dated this 20th day of March, 2008.

                BY THE COURT:

                *S/John L. Kane*
                John L. Kane, Senior Judge
                United States District Court